IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HENRY DELGADO, | ) | 8:14CV402 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| MICHAEL L. KENNEY, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on its own motion. On December 15, 2014, the court ordered Petitioner to pay the $5.00 filing fee or submit a request for leave to proceed in forma pauperis within 30 days. Petitioner has not taken either action.

IT IS THEREFORE ORDERED that:

1. Petitioner must show cause within 30 days why this case should not be dismissed for his failure to diligently prosecute it. Failure to respond to this order within 30 days will result in dismissal of this action without further notice to Petitioner.

2. The clerk's office is directed to set a pro se case management deadline using the following text: March 6, 2015: Deadline for Petitioner to show cause.

DATED this 5th day of February, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge